# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-09-0386-TUC-JMR-DTF |
| Plaintiff, | |
| vs. | **REPORT & RECOMMENDATION** |
| Christopher Bryan Garcia, | |
| Defendant. | |

Defendant Christopher Bryan Garcia filed a Motion to Preclude Evidence of Defendant's Alleged Other Acts. (Doc. No. 93.) The government responded (Doc. No. 96) and the matter came before Magistrate Judge Ferraro for argument and a report and recommendation as a result of a referral, pursuant to LRCrim 5.1. Argument on the motion was heard on June 2, 2010.

Defendant is seeking to preclude the government from using prior instances of Defendant allegedly inappropriately touching the victim's siblings. The government agreed in its response and at oral argument that it would not offer, in its case in chief, any of the prior acts identified in Defendant's motion. However, the government provided notice in its response that it intends to use this evidence if Defendant makes it relevant at trial, for example, if Defendant suggests he has never committed any other sexual offenses. If the government believes Defendant has opened the door to this evidence during trial, it will approach the bench and seek permission prior to introducing it. Therefore, Defendant's motion to preclude evidence of his alleged other acts is moot.

|   |   |
|---|---|
| 1 | In view of the foregoing, it is recommended that, after its independent review of |
| 2 | the record, the District Court DENY Defendant's Motion to Preclude Evidence of |
| 3 | Defendant's Alleged Other Acts as moot. (Doc. No. 93.) Pursuant to agreement of the |
| 4 | parties to waive the fourteen days allowed for objections (Doc. No. 107), service and |
| 5 | filing of written objections shall be done on or before June 10, 2010. If objections are not |
| 6 | filed, they may be deemed waived. |

DATED this 3rd day of June, 2010.

D. Thomas Ferraro
United States Magistrate Judge