IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)              **CRIMINAL MINUTES**

09-cr-00386-01-TUC-JMR(DTF)                    Date: 6/11/2010
Yr     Case No.  Dft#

 X  Hon.  JOHN M. ROLL   #7021

USA v.  CHRISTOPHER BRYAN GARCIA

DEFENDANT:   X   Present ___Not Present  X Released __Custody __Writ

Deputy Clerk: Michael E. Sears                 Court Reporter: Aaron LaDuke

U.S. Atty: Angela Woolridge      Defense Attorney: Heather Williams & Hugo Reyna
                                                 X present  X AFPD
Interpreter: N/A

**PROCEEDINGS:**    XX   Open Court _____ Chambers _____ Other

**Motion Hearing.** Counsel present arguments to the court.

   **IT IS ORDERED** Denying Defense Motion [75] to Suppress Defendant's DNA and
Adopting [104] Report and Recommendations.

   **IT IS FURTHER ORDERED** Denying Defense Motion [91] to Preclude DNA Statistics
and Adopting [112] Report and Recommendation.

   **IT IS FURTHER ORDERED** Denying Defense Motion [92] to Preclude Statements at
page 6, lines 18 to 26, Finding as Moot the request to suppress the remainder
of the statement, as well as Adopting [110] Report and Recommendation.

   **IT IS FURTHER ORDERED** Denying Defense Motion [93] Motion in Limine to
Preclude Evidence of Defendant's Alleged other Acts and Adopting [113] Report
and Recommendation

   **IT IS FURTHER ORDERED** Adopting [111] Report and Recommendation.

   **IT IS FURTHER ORDERED** Defense Motion [123] to Modify Conditions of Release
is Granted.

                                          Motion Hearing: 36 minutes